UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9894-GW-SKx | Date | May 9, 2022 |
|---|---|---|---|
| Title | *Hee Soon Park v. Madera - Simi LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On May 5, 2022, Plaintiff Hee Soon Park filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for June 13, 2022 at 8:30 a.m. The hearing will be vacated provided a dismissal is filed by noon on June 10, 2022.

  :  

Initials of Preparer    JG